THE NEW YORK STEAM CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE G. LUCEY, Respondent, v. CHARLES E. MILLER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the notice of motion reinstated. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIAN M. GERMAN, Appellant, v. JOHN W. GERMAN, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; McAvoy and Martin, JJ., dissent.

CHARLES C. SINGER, as Executor, etc., of JANE C. SINGER, Deceased, Appellant, v. GERTRUDE G. SINGER, Individually and as Executrix, etc., of DANIEL J. SINGER, Deceased, Respondent.— Order modified by striking therefrom all after the words, " granted upon the payment by the plaintiff to the defendant of the taxable costs; " and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SERENA B. KERR, Respondent, v. JOHN J. KERR, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT M. KERN, Respondent, v. RALPH TUBBY, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment of taxable costs to the date of the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOSES E. HUSSEY, Respondent, v. AMY JOB and Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, in so far as it requires defense of Statute of Limitations be withdrawn as a condition for granting the motion to serve an amended answer, and defendants' motion granted on payment by defendants of taxable costs to the date of the order appealed from and without prejudice to the position of the case on the day calendar. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVERETT MOSES, Respondent, v. STATEN ISLAND SHIPBUILDING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

L. B. FOSTER COMPANY, INC., Respondent, v. KOPPEL INDUSTRIAL CAR AND EQUIPMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIPPE MONETTE, Respondent, v. STREET & SMITH CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIPPE MONETTE, Respondent, v. STREET & SMITH CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN URY, Respondent, v. NEW YORK CITY CAR ADVERTISING COMPANY